**Order entered May 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01417-CV

### DUANE K. ROSSMANN, Appellant/Cross-Appellee

### V.

### BISHOP COLORADO RETAIL PLAZA, L.P., Appellee/Cross-Appellant

### AND

### DUFEK MASSIF HOSPITAL CORPORATION, Appellant

### V.

### BISHOP COLORADO RETAIL, PLAZA, L.P., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00282**

## ORDER

We enter, on our own motion, this order clarifying the parties' briefing schedule. When, as here, a cross-appeal has been timely filed, the briefs to be filed by the parties are:

(a)     the appellant's brief;

(b)     a combined appellee's and cross-appellant's brief;

(c)     a combined appellant's reply and cross-appellee's brief; and

(d)     the cross-appellant's reply brief.

*See* 5th Tex. App. (Dallas) Loc. R. 10.1. Under local rule 10.3, appellant's brief is due no later than thirty days after the date the record is filed with the Court, and the combined appellee's and cross-appellant's brief is due no later than thirty days after the date the appellant's brief is filed. *See id.* 10.3.

The record here was filed February 26, 2014, making the briefs of appellants Duane K. Rossmann and Dufek Massif Hospital Corporation due March 28, 2014 and Bishop Colorado Retail, Plaza, L.P.'s combined appellee's and cross-appellant's brief due thirty days from the filing of Rossmann's and Dufek's briefs. Dufek filed its brief the same day the record was filed, triggering in the Court's case management system the thirty-day deadline for the filing of Bishop's brief even though Rossmann had not yet filed his brief and the filing deadline had not passed. Bishop obtained an extension of time and filed a responsive brief to Dufek's brief on April, 25, 2014. That same day, Rossmann filed an extension motion and tendered his brief.

Because our local rules require the filing of a combined appellee's and cross-appellant's brief and the filing deadline for Bishop's brief was prematurely triggered, we **STRIKE** Bishop's April 25, 2014 brief. We **GRANT** Rossmann's extension motion and **ORDER** Rossmann's brief filed as of the date of this order. We further **ORDER** Bishop to file a combined appellee's and cross-appellant's brief no later than June 2, 2014. To ensure proper submission of this appeal, we **DIRECT** the Clerk of the Court to remove the previous deadlines for the filing of Bishop's brief. This case will be at issue when Rossmann's reply/cross-appellee's brief is filed.

/s/     ELIZABETH LANG-MIERS
           JUSTICE